# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-1470
_____

United States of America

*Plaintiff - Appellee*

v.

Angel Ivan Solano-Fierro

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Sioux City

_____

Submitted: October 21, 2013
Filed: October 29, 2013
[Unpublished]

_____

Before GRUENDER, BEAM, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Angel Solano-Fierro appeals the 292-month sentence imposed by the district court[1] following his guilty plea to conspiracy to distribute methamphetamine in

_____

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

violation of 21 U.S.C. §§ 841, 846 and 18 U.S.C. § 2.  Solano-Fierro contends that the district court erroneously increased his sentencing offense level by two points for possessing a firearm while committing the aforementioned offenses.  At sentencing, the district court heard evidence from testifying co-defendants that Solano-Fierro had a handgun in his jacket during a methamphetamine deal, that he possessed the handgun for protection and security, and that while he conducted deals from his home, he kept the gun in sight on the table.  Further, officers seized a handgun from his home.  In light of this record evidence, the government proved that the gun was connected to the offense within the meaning of United States Sentencing Guidelines Manual § 2D1.1(b)(1), and the district court did not clearly err in finding that the two-level increase was warranted.  United States v. Garcia, 703 F.3d 471, 475-77 (8th Cir. 2013) (noting the standard of review and holding that it was not clearly improbable that the weapon was connected to the drug offense when guns were located in the home where drug deals took place).  Accordingly, we affirm.

_____